| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard Mark Garber, Esq.           Bar I.D. No. 102688<br>5437 Vantage Avenue<br>North Hollywood, CA 91607<br>(818) 762-8120 \| (818) 762-0574<br>E-mail: rickgarber@sbcglobal.net<br><br>☐ Individual appearing without counsel<br>☒ Attorney for Debtors | ORIGINAL<br>ENTERED JUL -1 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>FILED JUN 30 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>JONATHAN MILLS & BARBARA HANCOCK MILLS<br><br><br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: SV 09-13842-GM<br><br>DATE:  June 29, 2010<br>TIME:  1:30 p.m.<br>CTRM:  303<br>FLOOR: 3rd Floor |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: Jonathan & Barbara Mills, Debtors)

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   Street Address:           3601 Vista Pacifica
   Apartment/Suite No.:   Unit #9
   City, State, Zip Code:  Malibu, CA  90265

   Legal description or document recording number (including county of recording):

   ☒ See attached Exhibit "A."

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
                                                     ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.   ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.   ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.   ☒ Modified or conditioned as set forth in the Adequate Protection Attachment to this Order.

5.   ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

LODGED JUN 24 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                                    **F 4001-10.RP**

ATTACHMENT TO QUESTION 2, PAGE 1

In re: Jonathan & Barbara Mills
Case #: SV09-13842-GM

## Exhibit A
## LEGAL DESCRIPTION

All that certain real property in the County of LOS ANGELES, State of California, described as follows:

A CONDOMINIUM COMPRISED OF:

(A)   AN UNDIVIDED $1/17^{TH}$ INTEREST IN AND TO LOT 1, OF TRACT NO. 37857, IN THE CITY OF MALIBU, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1029 PAGE(S) 67 AND 68 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 17 INCLUSIVE, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED JULY 12, 1985 AS INSTRUMENT NO. 85-801956, OFFICIAL RECORDS, LOS ANGELES COUNTY.

ALSO EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND HYDROCARBONS, BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN INSTRUMENTS OF RECORD.

(B)   UNIT 9 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.

APN No: 4458-027-045

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of 7

| In re:<br>JONATHAN MILLS & BARBARA HANCOCK MILLS<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER SV 09-13842-GM |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

Dated:   JUN 3 0 2010

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                 F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 7

| In re:<br>JONATHAN MILLS & BARBARA HANCOCK MILLS | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV 09-13842-GM |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: Jonathan & Barbara Mills)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $4,149.82 commencing May 1, 2010. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   > Downey Savings & Loan Association
   > Workout Department
   > 3501 Jamboree Road
   > Newport Beach, CA 92660

3. ☒ The Debtor(s) shall cure the post-petition default, which corresponds to the months of July, 2009, and September, 2009 through February, 2010, inclusive, in the sum of $13,398.98 plus late charges of $870.34, for a total mortgage delinquency cure payment of $14,269.32, as follows:

   a. ☒ In equal monthly installments of $450.00 each commencing July 15, 2010 and continuing thereafter on the 15th of each month through, and including, June 15, 2013; the APO payments include interest at 9.25%, the same as provided for in the plan for the pre-petition arrears, as required by Downey Savings & Loan Association.

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☒ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 7

| In re:<br>JONATHAN MILLS & BARBARA HANCOCK MILLS<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER SV 09-13842-GM |
|---|---|

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of ___N/A___ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☐ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify):

   a) Creditor shall be entitled to charge Debtors $100.00 for each notice of default and opportunity to cure that Creditor is required to prepare and serve on Debtors as a result of a default under the terms of this Adequate Protection Order ("APO"), the payment of which will be required as part of the cure of the currently noticed default.

   b) A payment shall not be deemed late until such time as the due date for making said payment has passed. The due date for the mortgage shall be calculated pursuant to Local Bankruptcy Rule 3015-1(m)(4), governing the tender of post-petition, pre-confirmation mortgage payments. For the purposes of this APO, the due date of the regularly monthly mortgage payment shall be the 15th day of each month for which a payment is due.

   c) The APO payment, due on the 15th day of each month, also shall have a 15 day grace period, so that it will have a "due date" of the 30th of each month (with the exception of February), for the purposes of determining when the APO payment may be deemed late and the earliest date for a notice of default letter.

   d) Pursuant to this APO, no default letter claiming the default of a mortgage payment(s) may be sent out until the 16th day of the month for which said payment is due, but remains unpaid; with respect to the APO payments, no default letter claiming a default of an APO payment may be sent out until the 16th day after said APO payment came due, but remains unpaid.

   e) The calculation of the post-petition default which is the subject of this order is as follows:

   i. Debtors owed mortgage payments of $4,486.29 from the commencement of this case to April, 30, 2010.

   ii. Debtors underpaid their mortgage payments for the months of July, 2009, and September, 2009 through February, 2010 (a total of 7 months), by tendering only $2,572.15 for each of said months.

   iii. $4,486.29 - $2,572.15 = $1,914.14 x 7 months = $13,398.98 in under payments + $870.34 in late charges (2 late charges @ $269.18 each and 2 late charges @ $165.99 each), for a total post-petition mortgage delinquency of $14,269.32.

   f) The parties are amenable to setting up an escrow impound account for property taxes, so as to ensure that Debtors are, and will be, able to pay their bi-annual property tax installment payments. Movant shall prepare an escrow analysis to determine the amount of the escrow shortage, if any, and the amount of the escrow impound account payment necessary to ensure full payment of future property taxes. If the escrow analysis results in an escrow shortfall, such escrow shortfall shall not be the basis for terminating the stay. While Debtors, as indicated, are amenable to creating an impound account, the parties agree that the ultimate decision as to whether or not to create an escrow impound account for property taxes rests with them, and if Debtors decide ultimately not to create an escrow impound account for the property taxes, Debtors' decision not to create an escrow impound account cannot be used against them as a basis for relief from stay.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                          F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 7

| In re:<br>JONATHAN MILLS & BARBARA HANCOCK MILLS | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV 09-13842-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5437 Vantage Avenue, North Hollywood, CA 91607

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property) with Adequate Protection Attachment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

Hon. Geraldine Mund, U.S. Bankruptcy Judge, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/23/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 6/24/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/24/10 | Keti Bicon | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                               F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 6 of 7

| In re: JONATHAN MILLS & BARBARA HANCOCK MILLS | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV 09-13842-GM |

II. Service by Mail

Richardson & Harman, PC, Attorneys for Malibu Pacifica Townhomes Condominiums,
234 E. Colorado Blvd., Suite 800, Pasadena, CA 91101-2208

Joey Deleon, Esq., Attorney for Downey S&L Association,
3501 Jamboree Road, 3rd Floor, North Tower, Newport Beach, CA 92660

Dean Prober, Esq., Attorneys for Downey/USA Bank (Polk, Prober & Raphael),
20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364

Los Angeles County Treasurer & Tax Collector, P. O. Box 54110, Los Angeles, CA 90054-0110

Hon. Geraldine Mund, U.S. Bankruptcy Judge, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

Elizabeth Rojas, Chapter 13 Trustee, 15060 Ventura Blvd, Suite 240, Sherman Oaks, CA 91403

John & Barbara Mills, 3601 Vista Pacifica, Unit #9, Malibu, CA 90265

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 7 of 7

| In re:<br>JONATHAN MILLS & BARBARA HANCOCK MILLS | Debtor(s). | CHAPTER 13<br>CASE NUMBER SV 09-13842-GM |
|---|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property) with Adequate Protection Attachment** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/23/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Joey Deleon    joey.deleon@att.net
Richard Mark Garber    rickgarber@sbcglobal.net
Marisol A Nagata    cdcaecf@bdfgroup.com
Richard S Ralston    chapter-7@w-legal.com
Cassandra J Richey    cmartin@pprlaw.net
Elizabeth (SV) F Rojas    cacb_ecf_sv@ch13wla.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com
Christopher M Wall    acole@ncmllc.com
Melissa Yateshin    Melissa.Yateshin@salliemae.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

John & Barbara Mills, 3601 Vista Pacifica, Unit #9, Malibu, CA 90265

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                    F 4001-10.RP